UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

```
KAREN ANDERSON,                   HON.
                                  Civil Action No.
       Plaintiff,
                                  COMPLAINT AND JURY DEMAND
             vs.

HILL WALLACK LLP; SENECA
MORTGAGE SERVICING, LLC.;
BSI FINANCIAL SERVICES a/k/a
SERVIS ONE, INC.; OHA
NEWBURY VENTURES, L.P.;
GOSHEN MORTGAGE LLC; JOHN
DOES I-X,

       Defendants.
```

KAREN ANDERSON, of full age, hereby Complains of Defendants as follows:

**JURISDICTION AND VENUE**

1.  Jurisdiction is appropriately laid in the United States District Court, District of New Jersey pursuant to 28 USC §1331 as the claim in question is based upon a federal statute and Federal Question Jurisdiction.

2.  Venue is appropriately laid in the District Court of New Jersey pursuant to 28 USC §1391(b)(2) as the events giving rise to the claim occurred substantially within the State of New Jersey.

**PARTIES**

3.  Plaintiff Karen Anderson owns and resides in the real property located at 540 Undercliff Avenue, Edgewater, New

1

Jersey.

**4.**   Hill Wallack LLP is a law firm that regularly pursued debt collection activities on behalf of its clients.  Hill Wallack LLP maintains its New Jersey offices at 21 Roszel Road, Princeton, New Jersey 08540.

**5.**   Seneca Mortgage Servicing, LLC ("Seneca") currently services the mortgage loan that is the subject of this litigation.  Seneca maintains its principal location of business at 611 Jamison Road, Suite 7312, Elma, New York.  Seneca maintains an agent for service of process at Corporation Service Company 830 Bear Tavern Road, West Trenton, New Jersey 08628.

**6.**   BSI Financial Services a/k/a Servis One, Inc. serviced the mortgage loan that is the subject of this litigation prior to Seneca. BSI Financial Services maintains its principal location of business at 1425 Greenway Drive Suite 400, Irving, Texas. BSI Financial Services maintains an agent for service of process at Incorp Services Inc., 208 West State Street, Trenton, New Jersey 08608.

**7.**   OHA Newbury Ventures Trust, L.P. claims to have been the owner of the mortgage loan that is the subject of this litigation before selling or otherwise transferring the mortgage loan to Goshen Mortgage LLC.  OHA Newbury Ventures Trust lists its address as 7500 Old Georgetown Road, Suite 1300, Bethesda, Maryland 20814.

**8.**   Goshen Mortgage LLC claims to be the owner of the mortgage loan that is the subject of this litigation.  Goshen Mortgage LLC lists its address as 411 W. Putnam Avenue, Greenwich, Connecticut 06830.

### FACTS COMMON TO ALL COUNTS

**9.**   Plaintiff is the owner and resident of the real property located at 540 Undercliff Avenue Edgewater, New Jersey.

**10.**   Plaintiff purchased the property in 1999.

**11.**   On September 11, 2009, Plaintiff entered into a mortgage loan agreement and executed a promissory note payable to the order of Bank of America, N.A. in the amount of $443,700.00 together with a mortgage as security for the promissory note.

**12.**   After the loan was closed it was sold multiple times.

**13.**   Due to unforeseen economic circumstances, Plaintiff defaulted on the mortgage loan in 2011.

**14.**   On October 15, 2014 debt collection law firm McCabe, Weisberg & Conway, P.C. filed a debt collection foreclosure action on behalf of Ventures Trust 2013-I-H-R by MCM Capital Partners, LLC, its trustee, under New Jersey docket F-043267-14.

**15.**   On January 7, 2015 debt collection law firm Hill Wallack LLP substituted as counsel for McCabe, Weisberg & Conway, P.C. in the foreclosure debt collection litigation.

**16.**   On May 4, 2015 Plaintiff Anderson by way of her attorneys, filed a contesting answer to the foreclosure debt collection

litigation complaint.

17. Within the foreclosure, discovery and motion practice occurred.  Defendant Hill Wallack LLP knew Plaintiff to be represented by counsel.

18. On May 6, 2015 BSI Financial Services received a Qualified Written Request sent by Plaintiff Karen Anderson dated April 29, 2015.  A copy of the Qualified Written Request is attached hereto as **Exhibit 1**.

19. The Qualified Written Request states:

> I am currently represented by Joshua W. Denbeaux, Esq. of Denbeaux & Denbeaux, 366 Kinderkamack Road, Westwood, New Jersey 07675.  Their Telephone number is (201) 664-8855.  **I let you know this fact because I do not wish to have any communication from you with regard to my loan as I want everything to go directly to my attorney**.

20. Plaintiff retained counsel in relation to the mortgage debt in part because she did not want to be directly contacted and wanted to be free from the anxiety, physical and mental effects of collections communications.

21. On May 10, 2015 Kevin Martin of BSI Financial Services left a detailed message on Plaintiff's answering machine in which payment and loss mitigation options were discussed, as well as the threat of a foreclosure.

22. By letter dated May 13, 2015, BSI Financial Services sent a letter to Plaintiff in response to the Qualified Written

Request.   A copy of the letter is attached hereto as **Exhibit 2**.
The letter from BSI Financial Services identifies Plaintiff's
account number, property address, and states:

> This is an attempt to collect a debt.  Any
> information obtained will be used for that
> purpose.

**23.**  By letter dated May 13, 2015, BSI Financial Services sent a
letter to Plaintiff at her home in response to the Qualified
Written Request.   A copy of the letter is attached hereto as
**Exhibit 3**.  The letter from BSI Financial Services identifies
Plaintiff's account number, property address, the creditor to
whom the debt is owed and states:

> This is an attempt to collect a debt.  Any
> information obtained will be used for that
> purpose.

**24.**  By letter dated May 13, 2015, BSI Financial Services sent a
letter to Plaintiff at her home in response to the Qualified
Written Request.   A copy of the letter is attached hereto as
**Exhibit 4**.   The letter from BSI Financial Services includes a
payoff statement for the loan and states:

> The total amount needed to pay the loan in
> full is broken down for you in the payoff
> calculation.
>
> …
>
> This is an attempt to collect a debt. Any
> information obtained will be used for that
> purpose.
>
> …

> Please submit your payoff via certified funds or wire transfer to **BSI FINANCIAL SERVICES. CERTIFIED FUDNS OR WIRE TRANSFERS MUST BE RECEIVED BY OUR OFFICE BY 3:30 P.M. (ET) ON A NORMAL BUSINESS DAY (MONDAY THROUGH FRIDAY) TO BE CREDITED THAT DAY.** Funds received after 3:30 P.M. (ET) on **05/31/15** will require additional interest of $75.7405 per day.  Mail Certified Funds to: …

**25.**  The May 13, 2015 letter solicits payment from plaintiff and provides instructions on how to pay money to BSI Financial Services.

**26.**  By letter dated May 21, 2015 BSI Financial Services sent a letter to Plaintiff at her home.  A copy of the letter is attached hereto as **Exhibit 5**.  The letter states:

> This is an attempt to collect a debt.  Any information obtained will be used for that purpose.

**27.**  The May 21, 2015 letter from BSI Financial Services states Plaintiff's loan number and address.

**28.**  By letter dated June 8, 2015, Seneca Mortgage Servicing wrote to Plaintiff at her home and advised "You are hereby notified that the servicing of your mortgage loan, that is, the right to collect payments from you, is being assigned, sold or transferred from BSI Financial Services to Seneca Mortgage Servicing LLC effective June 1, 2015."  A copy of the letter is attached hereto as **Exhibit 6**.

**29.**  The June 8, 2015 letter includes the following disclosure:

> Seneca Mortgage Servicing, LLC is attempting
> to collect a debt and any information
> obtained will be used for that purpose.

**30.** By letter dated June 12, 2015, Seneca Mortgage Servicing LLC wrote to Plaintiff at her home disclosing the loan number and a statement identifying the owner of the loan, the amount owed, and an itemization of fees and interest charged to the account. A copy of the letter is hereto attached as **Exhibit 7**. The letter further states:

> Seneca Mortgage Servicing LLC is attempting
> to collect a debt and any information
> obtained will be used for that purpose.

**31.** Seneca Mortgage Servicing LLC knew or had reason to know that Plaintiff was represented by legal counsel in relation to the loan that is the subject of this litigation.

**32.** On information and belief, in June 2015 the mortgage loan that is the subject of this litigation was sold to Goshen Mortgage, LLC.

**33.** Thereafter on August 18, 2015 Goshen Mortgage, LLC filed an application to substitute as Plaintiff in the foreclosure debt collection litigation.

**34.** On November 15, 2015 mortgage servicing company Seneca Mortgage Servicing, LLC placed a notice on the door of Plaintiff's home. A copy of the notice is attached hereto as **Exhibit 8**.

**35.** On December 15, 2015 Seneca Mortgage Servicing, LLC placed

a notice on the door of Plaintiff's home.  A copy of the notice is attached hereto as **Exhibit 9.**

36.  On January 15, 2016 Seneca Mortgage Servicing, LLC placed a notice on the door of Plaintiff's home.  A copy of the notice is attached hereto as **Exhibit 10.**

37.  By letter dated February 1, 2016, debt collection law firm Hill Wallack LLP sent a notice directly to the home of Plaintiff.  A copy of the notice is attached hereto as **Exhibit 11.**

    **a.**    The notice states the name of the property, and the last four digits of the loan number.

    **b.**    The notice instructs Plaintiff how to avoid judgment by making payment within 45 days.

    **c.**    The notice contains a threat that Hill Wallack LLP on behalf of Goshen Mortgage LLC would be applying for final judgment in the foreclosure litigation.

38.  Hill Wallack LLP knew plaintiff was represented by legal counsel and also sent a copy of the letter marked **Exhibit 11** to counsel for Plaintiff.

39.  Seneca Mortgage Servicing, LLC has regularly made phone calls to Plaintiff's cell phone despite knowing Plaintiff was represented by counsel.

40.  On or about November 2015, Plaintiff changed her cell phone number in part to avoid receiving debt collection calls from

Seneca.

**41.** Seneca obtained Plaintiff's new cell phone number and proceeded to call the number without authorization.

**42.** On February 4, 2016 Seneca called Plaintiff's new cell phone number from phone number (866) 919-5608 in an attempt to collect a debt.

**43.** On February 8, 2016 Seneca called Plaintiff's new cell phone number from phone number (866) 919-5608 in an attempt to collect a debt.

**44.** On February 1, 2016, Seneca Mortgage Servicing, LLC received a letter dated January 26, 2016 sent by Plaintiff's counsel. A copy of the letter is hereto attached as **Exhibit 12**. The letter instructs Seneca to cease and desist from contacting Plaintiff in any way.

**45.** After receiving the January 26, 2016 letter, Seneca Mortgage Servicing, LLC continued to call Plaintiff on her cellular phone.

**46.** On or about April 7, 2016 Goshen Mortgage, LLC by way of its agent Spurs Capital, directed Robert A. Lippman of New Vistas Corporation to visit Plaintiff at her home.

    **a.** Mr. Lippman provided Plaintiff with the document hereto attached as **Exhibit 13**.

    **b.** Mr. Lippman attempted to discuss the defaulted debt and ongoing foreclosure litigation with

Plaintiff.

**47.**  Goshen Mortgage, LLC and Spurs Capital knew Plaintiff was represented by legal counsel.

**48.**  Immediately after Mr. Lippman knocked on Plaintiff's door, the Plaintiff became frantic and concerned.

**49.**  Mr. Lippman told Plaintiff he was at the home on behalf of the mortgage owner who was trying to foreclose on the home and collect a debt against Plaintiff.

**50.**  Plaintiff walked upstairs to frantically call her attorney during the meeting with Mr. Lippman.

**51.**  Plaintiff felt threatened and intimidated by the home visit and suffered physical and emotional harm, including loss of sleep.

**CAUSES OF ACTION**

**<u>COUNT I</u>**

**VIOLATION OF THE FAIR DEBT COLLECTION PRACTICES ACT**

**(BSI Mortgage Servicing; Hill Wallack LLP; Seneca Mortgage Servicing, LLC; Goshen Mortgage LLC)**

**52.**  Plaintiff reincorporates by reference all allegations set forth elsewhere in the Complaint as if set forth in full herein.

**53.**  Plaintiff is a consumer as that term is defined by 15 U.S.C. §1692a

**54.**  The mortgage loan that is the subject of this litigation is a debt as that term is defined by 15 U.S.C. §1692a.

**55.** Defendant BSI Financial Services is a debt collector as defined by 15 U.S.C. §1692a.

**56.** The three letters dated May 13, 2015 sent by BSI Financial Services to Plaintiff are communications as defined by 15 U.S.C. §1692a.

**57.** BSI Financial Services violated 15 U.S.C. §1692c by communicating with Plaintiff in connection with the collection of a debt while knowing that Plaintiff is represented by legal counsel in relation to the debt.

    **a.** BSI Financial Services sent the three debt collection communication letters dated May 13, 2015 to Plaintiff at her home without obtaining permission to do so from either Plaintiff's attorney or from a court of competent jurisdiction.

    **b.** BSI Financial Services sent the May 13, 2015 letters to Plaintiff at her home despite knowing Plaintiff was represented by legal counsel and despite receiving a request from Plaintiff to direct all communications to her counsel.

**58.** BSI Financial Services violated 15 U.S.C. §1692d by engaging in conduct having the natural consequence of which is to harass, oppress, or abuse any person in connection with the collection of a debt.

**a.**   In response to a Qualified Written Request explicitly instructing BSI Financial Services to send its response and all future communications regarding the mortgage debt to Plaintiff's attorney, Defendant sent three separate letters dated May 13, 2015 to Plaintiff at her home.  The natural consequence of these communications was to harass and/or abuse Plaintiff.

**b.**   Between February 23, 2015 and May 10, 2015 BSI Financial Services left at least eleven messages on Plaintiff's answering machine relating to Plaintiff's default, attempts to collect the debt and making specific reference to foreclosure.  The messages were heard or could have been heard by other persons and had the natural consequence to harass, oppress, and/or abuse Plaintiff.

**c.**   In total, BSI Financial Services left more than 45 messages on Plaintiff's answering machine.  The repeated phone calls and messages were made with the intent to annoy, abuse or harass Plaintiff.

**59.**  BSI Financial Services violated 15 U.S.C. §1692e by using false, deceptive, and/or misleading representations or means in connection with the collection of a debt.

12

**a.**   On or about April 28, 2015 BSI Financial Services employee Kevin Martin left a message on Plaintiff's answering relating to debt collection efforts, however Defendant failed to articulate that the "communication is from a debt collector" as required by 15 U.S.C. §1692e(11).

**b.**   On or about May 4, 2015 BSI Financial Services employee Kevin Martin left a message on Plaintiff's answering relating to debt collection efforts, however Defendant failed to articulate that the "communication is from a debt collector" as required by 15 U.S.C. §1692e(11).

**c.**   On May 4, 2015 BSI Financial Services left a message on Plaintiff's answering relating to debt collection efforts, however Defendant failed to articulate that the "communication is from a debt collector" as required by 15 U.S.C. §1692e(11).

**d.**   On or about May 10, 2015 BSI Financial Services employee Kevin Martin left a message on Plaintiff's answering relating to debt collection efforts, however Defendant failed to articulate that the "communication is from a debt collector" as required by 15 U.S.C. §1692e(11).

**60.**  Defendant Hill Wallack LLP is a debt collector as that term

is defined by 15 U.S.C. §1692a.

61. The February 1, 2016 letter sent by Hill Wallack LLP to Plaintiff is a communication as defined by 15 U.S.C. §1692a.

62. Hill Wallack LLP violated 15 U.S.C. §1692c by communicating with Plaintiff in connection with the collection of a debt while knowing that Plaintiff is represented by legal counsel in relation to the debt.

   a. Hill Wallack LLP sent the February 1, 2016 debt collection communication to Plaintiff at her home without obtaining permission to do so from either Plaintiff's attorney or from a Court of competent jurisdiction.

   b. The February 1, 2016 letter instructs Plaintiff how to avoid a judgment by making payment on the loan.

63. Hill Wallack LLP violated 15 U.S.C. §1692e by using false, deceptive, and/or misleading representations or means in connection with the collection of a debt.

   a. The February 1, 2016 communication from Hill Wallack LLP failed to disclose that the "communication is from a debt collector" as required by 15 U.S.C. §1692e(11).

64. Defendant Seneca Mortgage Servicing, LLC is a debt collector as defined by 15 U.S.C. §1692a.

14

**65.** The letters sent by Seneca Mortgage Servicing, LLC dated June 8, 2015 and June 12, 2015 each constitute a communication as defined by 15 U.S.C. §1692a.

**66.** Seneca Mortgage Servicing, LLC violated 15 U.S.C. §1692c by communicating with Plaintiff in connection with the collection of a debt while knowing that Plaintiff is represented by legal counsel in relation to the debt.

> **a.** Seneca Mortgage Servicing, LLC sent the June 8, 2015 debt collection communication to Plaintiff at her home without obtaining permission to do so from Plaintiff's attorney or from a Court of competent jurisdiction.

> **b.** Seneca Mortgage Servicing, LLC sent the June 15, 2015 debt collection communication to Plaintiff at her home without obtaining permission to do so from Plaintiff's attorney or from a Court of competent jurisdiction.

> **c.** Seneca Mortgage Servicing, LLC called Plaintiff on her personal cell phone several times in pursuit of debt collection activities. The phone calls were made without obtaining permission from Plaintiff's attorney or from a Court of competent jurisdiction.

**67.** Seneca Mortgage Servicing, LLC violated 15 U.S.C. §1692d by engaging in conduct having the natural consequence of which is

15

to harass, oppress, or abuse any person in connection with the collection of a debt.

    **a.** In November 2015, December 2015 and January 2016, Seneca sent debt collection representatives to Plaintiff's home. This was done regularly despite knowing that she was represented by counsel in relation to the debt and despite receiving an explicit request not to contact the Plaintiff directly.

    **b.** Seneca made repeat phone calls and left voice messages on Plaintiff's personal cell phone in violation of 15 U.S.C. §1692d as it had no permission to call the cell phone and doing so had the natural consequence to harass, or abuse Plaintiff.

**68.** Seneca Mortgage Servicing, LLC violated 15 U.S.C. §1692e by using false, deceptive, and/or misleading representations or means in connection with the collection of a debt.

    **a.** The November 2015 debt collection notice placed on Plaintiff's home door by Seneca Mortgage Servicing, LLC failed to disclose that the "communication is from a debt collector" as required by 15 U.S.C. §1692e(11).

    **b.** The December 2015 debt collection notice placed on Plaintiff's home door by Seneca Mortgage Servicing, LLC failed to disclose that the "communication is from a debt collector" as required by 15 U.S.C. §1692e(11).

16

    **c.** The January 2015 debt collection notice placed on Plaintiff's home door by Seneca Mortgage Servicing, LLC failed to disclose that the "communication is from a debt collector" as required by 15 U.S.C. §1692e(11).

**69.** Goshen Mortgage LLC is a debt collector as that term is defined by 15 U.S.C. §1692a.

**70.** Goshen Mortgage LLC retained Spurs Capital as its managing agent. A copy of the www.goshen-mortgage.com website which states that Spurs Capital is its manager, is attached hereto as **Exhibit 14.**

**71.** Goshen Mortgage LLC violated 15 U.S.C. §1692c by communicating with Plaintiff in connection with the collection of a debt while knowing that Plaintiff is represented by legal counsel in relation to the debt.

    **a.** Goshen Mortgage LLC by way of its agent Spurs Capital, directed Robert A. Lippman of New Vistas Corporation to visit Plaintiff at her home in connection with the collection of a debt.

    **b.** Goshen Mortgage LLC knew Plaintiff was represented by legal counsel when it directed an agent to visit Plaintiff at her home.

**72.** Goshen Mortgage LLC violated 15 U.S.C. §1692d by engaging in conduct having the natural consequence of which is to harass,

17

oppress, or abuse any person in connection with the collection of a debt.

> **a.** Goshen Mortgage LLC's actions in sending a representative to the home of Plaintiff in connection with the collection of a debt caused Plaintiff to feel threatened and intimidated.

**73.** The within allegations are intended to place Defendants on notice of their wrongful behavior and it is anticipated additional acts in violation of 15 U.S.C. §§1692 *et seq.* may be uncovered.

**74.** As a result of the actions of Defendants, the Plaintiff has suffered damages.

**75.** Defendants actions have caused Plaintiff to suffer anxiety, loss of sleep and focus.

**76.** As a result of the actions of the Defendants, Plaintiff is entitled to all relief under 15 U.S.C. §1692k including but not limited to statutory damages, actual damages, attorney fees and costs of suit.

<u>**COUNT II**</u>

**VIOLATION OF THE TRUTH IN LENDING ACT**

**(OHA NEWBURY VENTURES, L.P.)**

**77.** Plaintiff reincorporates by reference all allegations set forth elsewhere in the Complaint as if set forth in full herein.

**78.** The mortgage loan at issue in this litigation is a consumer

credit transaction that is secured by the principal dwelling of the consumer.

79. On June 8, 2015 the promissory note and mortgage executed by Plaintiff were assigned by Ventures Trust 2013-I-H-R by MCM Capital Partners, LLC Its Trustee, to OHA Newbury Ventures, L.P. A copy of the recorded assignment is attached hereto as **Exhibit 15**.

80. The Assignment of Mortgage instrument states:

> FOR GOOD AND VALUABLE CONSIDERATION, the sufficiency of which is hereby acknowledged, the undersigned, VENTURES TRUST 20013-I-H-R BY MCM CAPITAL PARTNERS, LLC, ITS TRUSTEE, WHOSE ADDRESS IS 7500 Old Georgetown Rd., Suite 1300, Bethesda, MD, 20814, (ASSIGNOR), by these presents does convey, grant assign, transfer and set over the described Mortgage with all interest secured thereby, all liens, and any rights due or to become due thereon to OHA NEWBURY VENTURES L.P., WHOSE ADDRESS IS 7500 Old Georgetown Road Suite 1300, Bethesda, MD 20814, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE).

81. Execution of the June 8, 2015 Assignment of Mortgage from VENTURES TRUST 2013-I-H-R to OHA Newbury Ventures L.P. resulted in a transfer of the mortgage loan that is the subject of this litigation.

82. At no time prior to or after execution of the June 8, 2015 Assignment of the Mortgage Loan did OHA Newbury Ventures, L.P. send written correspondence to Plaintiffs disclosing that it acquired the mortgage loan that is the subject of this litigation.

**83.** Truth in Lending Act 15 U.S.C. §1641(g) states:

(1) In general. In addition to the other disclosures required by this title, not later than 30 days after the date on which a mortgage loan is sold or otherwise transferred or assigned to a third party, the creditor that is the new owner or assignee of the debt shall notify the borrower in writing of such transfer, including—
(a) the identity, address, telephone number of the new creditor;
(b) the date of transfer;
(c) how to reach an agent or party having authority to act on behalf of the new creditor;
(d) the location of the place where transfer of ownership of the debt is recorded; and
(e) any other relevant information regarding the new creditor.

**84.** Defendant OHA Newbury Ventures L.P. did not send Plaintiffs a written disclosure containing the information required by 15 U.S.C. §1641(g).

**85.** Within 30 days execution of the June 8, 2015 Assignment of Mortgage, OHA Newbury Ventures L.P. was obligated under the Truth in Lending Act to issue a written disclosure to Plaintiff identifying its status as owner and/or assignee.

**86.** As a result of the Defendants' failure to send written notice to Plaintiff pursuant to 15 U.S.C. §1641(g), the OHA Newbury Ventures, L.P. violated the Truth in Lending Act.

**87.** As a result of the Defendants' actions, Plaintiff has suffered damages.

**88.** Plaintiff is entitled to all relief under 15 U.S.C. §1640 including but not limited to statutory damages, actual damages

attorney fees and costs of suit.

## COUNT III

### VIOLATION OF THE TELEPHONE CONSUMER PROTECTION ACT

### (Seneca Mortgage Servicing LLC)

**89.** Plaintiff reincorporates by reference all allegations set forth elsewhere in the Complaint as if set forth in full herein.

**90.** Plaintiff is a person as that term is defined by 47 U.S.C. §153(39).

**91.** At all relevant times Seneca Mortgage Servicing LLC has used, controlled and/or operated automatic telephone dialing systems as defined by 47 U.S.C. §227(a)(1) and 47 C.F.R. §64.1200.

**92.** Seneca Mortgage Servicing LLC made several phone calls to Plaintiff's personal mobile cellular phone since Plaintiff changed her phone number on or about November 2015.

**93.** On February 4, 2016 and February 8, 2016, Seneca Mortgage Servicing LLC made unauthorized phone calls to Plaintiff's cellular phone.

**94.** At no time has Plaintiff provided Seneca Mortgage Servicing LLC prior express consent to use an automatic telephone dialing system to call Plaintiff on her cellular phone.

**95.** The phone calls to Plaintiff from Seneca Mortgage Servicing LLC were made using an automatic telephone dialing system in violation of 47 U.S.C. §227(b)(1)(A)(iii) and 47 C.F.R.

64.1200(a)(1)(iii).

**96.** The actions of Seneca Mortgage Servicing LLC caused Plaintiff to suffer damages.

**97.** Plaintiff has suffered from anxiety, loss of sleep and focus resulting from Defendant's continued calls placed to her cellular phone.

**98.** Pursuant to 47 U.S.C. §227(b)(3)(B) Plaintiff is entitled to statutory damages of $500.00 per telephone call made to Plaintiff.

**99.** Seneca Mortgage Servicing LLC willfully and knowingly violated the Telephone Consumer Protection Act and Plaintiff is entitled to $1,500.00 per telephone call made to the Plaintiff pursuant to 47 U.S.C. §227(b)(3).

**100.** Pursuant to 47 U.S.C. §227(b)(3)(a), Plaintiff is entitled to injunctive relief prohibiting Seneca Mortgage Servicing LLC from contacting Plaintiff on her cellular phone using an automated dialing system.

**WHEREFORE,** Plaintiff demands:

a.   Compensatory Damages

b.   Statutory Damages

c.   Punitive Damages

d.   Attorney fees and costs

e.   All other relief this Court determines to be just and fair.

## JURY TRIAL DEMAND

Plaintiff hereby demands a trial by jury.


Dated:  April 13, 2016                         */s/ Adam Deutsch*
                                               Adam Deutsch, Esq.
                                        DENBEAUX & DENBEAUX
                                               Attorneys for Plaintiffs

# Exhibit 1

Karen Anderson
540 Undercliff Avenue
Edgewater, NJ 07020

**<u>Via First Class Mail, Return Receipt Requested</u>**

April 29, 2015

BSI Financial Services
ATTN: Qualified Written Requests
1425 greenway Drive, Suite 400
Irving, TX 75038

Re:   Anderson, Karen
Property address:     540 Undercliff Avenue, Edgewater, NJ 07020
Loan #:              5222457536
**Request for Information pursuant to 12 C.F.R. 1024.36**

Dear Sir/Madam:

I write to you because I believe that you are the current servicer for my loan.  If you are not the current servicer, please immediately advise my attorneys as to who my servicer is.

I am currently represented by Joshua W. Denbeaux, Esq. of Denbeaux & Denbeaux, 366 Kinderkamack Road, Westwood, New Jersey 07675.  Their telephone number is (201) 664-8855. **<u>I let you know this fact because I do not wish to have any communication from you with regard to my loan as I want everything to go directly to my attorney.</u>**  This letter includes a Request for Information which would require you to respond directly to me.  I am instructing you that I do not wish to waive any right of mine that may exist under any law or regulation to <u>not</u> receive communications of any kind directly from you or the lender on the loan.  Your response to this communication should therefore <u>not</u> go to me but should be delivered to my attorney.

I request therefore the following from you:

1. Pursuant to 12 CFR 1024.36 I request that you, as servicer, provide to me my entire servicing file, including but not limited to all written records in the file and recordings of all telephone or other oral communications between the loan servicing company and me. This is a Request for Information and a Qualified Written Request.

2. Pursuant to my rights, I request to know the identity of the owner of my loan, the creditor to whom my debt is owed, the investor of my loan and the current servicer(s) of my loan.

3. Pursuant also to my rights, I request to know the identities of all past owners and servicers of my loan and the dates upon which transfers of rights occurred. This is a request for information and a Qualified Written Request.

4. I also demand to know all of my loss mitigation options available to me. This is a Request for Information and a Qualified Written Request.

5. I also request to know the amount necessary to reinstate my loan and to pay off my loan in its entirety.

6. Finally, I also request that you provide me an accounting of all payments received and credited against the account and an accounting of the escrow statement and all payments made and credited against the escrows on the property.

Thank you.

Karen Anderson

Cc:     Joshua W. Denbeaux, Esq.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

BSI Financial Services
ATTN: Qualified Written Requests
1425 Greenway Drive, Suite 400
Irving TX 75038

2. Article Number
(Transfer from service label)

7014 1820 0001 7080 9286

PS Form 3811, July 2013

Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:          ☐ No

3. Service Type
☒ Certified Mail®   ☐ Priority Mail Express™
☐ Registered         ☐ Return Receipt for Merchandise
☐ Insured Mail       ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)   ☐ Yes

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

O F F I C I A L   U S E

Postage   $

Certified Fee

Return Receipt Fee
(Endorsement Required)

Restricted Delivery Fee
(Endorsement Required)

Total Postage & Fees   $

Postmark
Here

Sent To  BSI Financial Services
Street & Apt. No.,  1425 Greenway Drive
or PO Box No.
City, State, ZIP+4  Irving TX 75038

PS Form 3800, July 2014   See Reverse for Instructions

7014 1820 0001 7080 9286

7014 1820 0001 7080 9286

CERTIFIED MAIL
PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

English     Customer Service     USPS Mobile                    Register / Sign In



# USPS Tracking™



**Customer Service ›**
Have questions? We're here to help.



**Get Easy Tracking Updates ›**
Sign up for My USPS.com.

**Tracking Number: 70141820000170809286**

**Updated Delivery Day: Wednesday, May 6, 2015**

## Product & Tracking Information

## Available Actions

**Postal Product:**
First-Class Mail®

**Features:**
Certified Mail™     Return Receipt

**Text Updates**

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **May 6, 2015 , 10:19 am** | **Delivered** | **IRVING, TX 75038** |

**Email Updates**

**Return Receipt After Mailing**

Your item was delivered at 10:19 am on May 6, 2015 in IRVING, TX 75038.

| | | |
|---|---|---|
| May 6, 2015 , 7:25 am | Out for Delivery | IRVING, TX 75038 |
| May 6, 2015 , 7:15 am | Sorting Complete | IRVING, TX 75038 |
| May 6, 2015 , 4:24 am | Arrived at Unit | IRVING, TX 75038 |
| May 4, 2015 , 4:31 pm | Departed USPS Origin Facility | COPPELL, TX 75099 |
| May 4, 2015 , 11:07 am | Arrived at USPS Origin Facility | COPPELL, TX 75099 |
| May 3, 2015 , 3:18 pm | Arrived at USPS Origin Facility | FORT WORTH, TX 76161 |
| May 1, 2015 , 8:01 pm | Departed USPS Facility | KEARNY, NJ 07099 |
| April 30, 2015 , 10:02 pm | Arrived at USPS Facility | KEARNY, NJ 07099 |
| April 30, 2015 , 5:01 pm | Departed Post Office | WESTWOOD, NJ 07675 |
| April 30, 2015 , 4:38 pm | Acceptance | WESTWOOD, NJ 07675 |

## Track Another Package

**Tracking (or receipt) number**

Track It

## Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.



**Sign up for My USPS.com ›**

# Exhibit 2

 **BSI Financial Services**

7500 Old Georgetown Road
Suite 1350
Bethesda, MD 20814
Toll Free 1-866-581-4498
Fax 1-877-783-8516
www.bsifinancial.com

<u>Sent via First Class Mail</u>

May 13, 2015

Karen Anderson
770 River Road
Unit 461
Edgewater, NJ 07020

RE:   Account Number:   522457536
      Property address:   540 Undercliff Ave
                          Edgewater, NJ 07020

To Whom It May Concern:

BSI Financial Services is in receipt of your written inquiry received 05/06/15. We are in process of reviewing your inquiry and will provide a response within the timelines permitted.

Sincerely,

Kasey Henton
Complaint Resolution Specialist
BSI Financial Services
NMLS #38078; # 289267

This is an attempt to collect a debt.  Any information obtained will be used for that purpose.

Licensed as Servis One, Inc. dba BSI Financial Services.
BSI Financial Services NMLS #38078. Customer Care Hours: Monday. – Friday 9:00 am to 6:00 pm (EST), Saturday by appointment.  Colorado Office Location: 13111 E. Briarwood Ave., Suite 340, Centennial, CO 80112 (303) 309-3839. Licensed as a Debt Collection Agency by the New York City Department of Consumer Affairs, (# 2001485-DCA). North Carolina Collection Agency Permit (# 108732).
If you have filed a bankruptcy petition and there is an "automatic stay" in effect in your bankruptcy case or you have received a discharge of your personal liability for the obligation identified in this letter, we may not and do not intend to pursue collection of that obligation from you personally. If either of these circumstances apply, this notice is not and should not be construed to be a demand for payment from you personally.  Unless the Bankruptcy Court has ordered otherwise, please also note that despite any such bankruptcy filing, whatever rights we hold in the property that secures the obligation remain unimpaired.

# Exhibit 3

 **BSI Financial Services**

7500 Old Georgetown Road
Suite 1350
Bethesda, MD 20814
Toll Free 1-866-581-4498
Fax 1-877-783-8516
www.bsifinancial.com

<u>Sent Via First Class Mail</u>

May 13, 2015

Karen Anderson
770 River Road
Unit 461
Edgewater, NJ 07020

RE:   Account #            5224575366
      Property address:    540 Undercliff Ave
                           Edgewater, NJ 07020

To Whom It May Concern:

I am writing in response to your inquiry concerning the above referenced account.

The owner or assignee of the loan referenced above is:

Ventures Trust 2013-1-H-R
7500 Old Georgetown Rd, Suite 1300
Bethesda, MD 20814
1-240-744-3100

**Please be advised that all questions concerning your loan account should be directed to BSI Financial Services at the number below and not to the owner or assignee of the loan. The owner or assignee of the loan does not have access to information relating to the administration of your loan and will not be able to answer most loan-related questions.**

Licensed as Servis One, Inc. dba BSI Financial Services.
BSI Financial Services NMLS # 38078. Customer Care Hours: Monday. – Friday 9:00 am to 6:00 pm (EST), Saturday by appointment. Colorado Office Location: 13111 E. Briarwood Ave., Suite 340, Centennial, CO 80112 (303) 309-3839. Licensed as a Debt Collection Agency by the New York City Department of Consumer Affairs, (# 2001485-DCA). North Carolina Collection Agency Permit (# 108732).
If you have filed a bankruptcy petition and there is an "automatic stay" in effect in your bankruptcy case or you have received a discharge of your personal liability for the obligation identified in this letter, we may not and do not intend to pursue collection of that obligation from you personally. If either of these circumstances apply, this notice is not and should not be construed to be a demand for payment from you personally. Unless the Bankruptcy Court has ordered otherwise, please also note that despite any such bankruptcy filing, whatever rights we hold in the property that secures the obligation remain unimpaired.

 **BSI Financial Services**

7500 Old Georgetown Road
Suite 1350
Bethesda, MD 20814
Toll Free 1-866-581-4498
Fax 1-877-783-8516
www.bsifinancial.com

X Additional information was requested in your correspondence. We will respond in a separate letter once we have completed our research.

Should you have any questions regarding this matter, please contact BSI Financial Services at 1-866-581-4498.

HOURS:

      Monday – Friday 9:00 am to 6:00 pm (ET)
      Saturday – BY APPOINTMENT ONLY

If you wish to send a further request for information or a notice of error, please address your letter to:

BSI Financial Services
Attn: Qualified Written Requests
1425 Greenway Drive, Suite 400
Irving, TX 75038

Sincerely,

Kasey Henton
Complaint Resolution Specialist
BSI Financial Services
NMLS #38078; # 289267

This is an attempt to collect a debt. Any information obtained will be used for that purpose.

Licensed as Servis One, Inc. dba BSI Financial Services.
BSI Financial Services NMLS # 38078. Customer Care Hours: Monday. – Friday 9:00 am to 6:00 pm (EST), Saturday by appointment. Colorado Office Location: 13111 E. Briarwood Ave., Suite 340, Centennial, CO 80112 (303) 309-3839. Licensed as a Debt Collection Agency by the New York City Department of Consumer Affairs, (# 2001485-DCA). North Carolina Collection Agency Permit (# 108732).
If you have filed a bankruptcy petition and there is an "automatic stay" in effect in your bankruptcy case or you have received a discharge of your personal liability for the obligation identified in this letter, we may not and do not intend to pursue collection of that obligation from you personally. If either of these circumstances apply, this notice is not and should not be construed to be a demand for payment from you personally. Unless the Bankruptcy Court has ordered otherwise, please also note that despite any such bankruptcy filing, whatever rights we hold in the property that secures the obligation remain unimpaired.

# Exhibit 4



**BSI Financial Services**

7500 Old Georgetown Road
Suite 1350
Bethesda, MD 20814
Toll Free 1-866-581-4498
Fax 1-877-783-8516
www.bsifinancial.com

<u>Sent Via First Class Mail</u>

May 13, 2015

Karen Anderson
770 River Road
Unit 461
Edgewater, NJ 07020

RE:

|  |  |
|---|---|
| Account # | 522457536 |
| Property address: | 540 Undercliff Ave |
|  | Edgewater, NJ 07020 |

To Whom It May Concern:

I am writing in response to your inquiry concerning the above referenced account. Please see the enclosed payoff statement good through 5/31/2015. Please contact our office at 1-866-581-4498 two business days prior to remitting payoff funds to confirm the payoff amount.

We are in the process of reviewing the other requests contained in your inquiry and will provide a response to those requests within the timelines permitted by law.

Should you have any questions regarding this matter, please contact BSI Financial Services at 1-866-581-4498.

HOURS:
Monday – Friday 9:00 am to 6:00 pm (ET)
Saturday – BY APPOINTMENT ONLY

Licensed as Servis One, Inc. dba BSI Financial Services.
BSI Financial Services NMLS # 38078. Customer Care Hours: Monday. – Friday 9:00 am to 6:00 pm (EST), Saturday by appointment.  Colorado Office Location: 13111 E. Briarwood Ave., Suite 340, Centennial, CO 80112 (303) 309-3839. Licensed as a Debt Collection Agency by the New York City Department of Consumer Affairs, (# 2001485-DCA). North Carolina Collection Agency Permit (# 108732).
If you have filed a bankruptcy petition and there is an "automatic stay" in effect in your bankruptcy case or you have received a discharge of your personal liability for the obligation identified in this letter, we may not and do not intend to pursue collection of that obligation from you personally. If either of these circumstances apply, this notice is not and should not be construed to be a demand for payment from you personally.  Unless the Bankruptcy Court has ordered otherwise, please also note that despite any such bankruptcy filing, whatever rights we hold in the property that secures the obligation remain unimpaired.

 **BSI Financial Services**

7500 Old Georgetown Road
Suite 1350
Bethesda, MD 20814
Toll Free 1-866-581-4498
Fax 1-877-783-8516
www.bsifinancial.com

Sincerely,

Kasey Henton
Complaint Resolution Specialist
BSI Financial Services
NMLS # 38078; # 289267

This is an attempt to collect a debt.  Any information obtained will be used for that purpose.

Licensed as Servis One, Inc. dba BSI Financial Services.
BSI Financial Services NMLS # 38078. Customer Care Hours: Monday. – Friday 9:00 am to 6:00 pm (EST), Saturday
by appointment.  Colorado Office Location: 13111 E. Briarwood Ave., Suite 340, Centennial, CO 80112 (303) 309-
3839. Licensed as a Debt Collection Agency by the New York City Department of Consumer Affairs, (# 2001485-
DCA). North Carolina Collection Agency Permit (# 108732).
If you have filed a bankruptcy petition and there is an "automatic stay" in effect in your bankruptcy case or you have
received a discharge of your personal liability for the obligation identified in this letter, we may not and do not intend
to pursue collection of that obligation from you personally. If either of these circumstances apply, this notice is not
and should not be construed to be a demand for payment from you personally.  Unless the Bankruptcy Court has
ordered otherwise, please also note that despite any such bankruptcy filing, whatever rights we hold in the property
that secures the obligation remain unimpaired.

 **BSI Financial Services**

7500 Old Georgetown Road
Suite 1350
Bethesda, MD 20814
Toll Free 866-581-4498
Fax 877-783-8516
www.bsifinancial.com

May 13, 2015

KAREN ANDERSON

770 RIVER ROADUNIT 461
EDGEWATER        NJ 07020

**LOAN #:** 0522457536

**LOAN DESCRIPTION:** 540 UNDERCLIFF AVE
                    EDGEWATER        NJ 07020

Thank you for your inquiry about paying off this loan. This statement is not valid if the name or property address indicated above does not agree with your pending transaction. Please contact our office immediately concerning any discrepancy.

The total amount needed to pay the loan in full is broken down for you in the payoff calculation below. Please call us if you have any questions. We will be glad to be of assistance. These figures are good through the date set forth below. If your loan is in default, foreclosure activity, including any sale of the property, will continue until the loan is paid in full.

| | |
|---|---:|
| UNPAID PRINCIPAL BALANCE | 433651.29 |
| INTEREST TO **05/31/15** | 103638.10 |
| PREPAYMENT PENALTY | 0.00 |
| UNPAID LATE CHARGE | 6089.60 |
| UNAPPLIED FUNDS APPLIED | -10.00 |
| UNPAID FEES | 4274.35 |
| DEFERRED AMOUNT | .00 |
| PRIVATE MORTGAGE INSURANCE (PMI) | 0.00 |
| DISCHARGE FEE: | 0.00 |
| HANDLING FEE: | 43.00 |
| PAYOFF STATEMENT: | 0.00 |
| OTHER: Negative Impound Account | 33987.98 |
| UNAPPLIED FUNDS RETAINED | 0.00 * |
| TOTAL AMOUNT TO PAY LOAN IN FULL ON **05/31/15** | **$581674.32** |

**\* The unapplied funds are not included in the calculation because the funds are Loss Draft, HAMP, or etc.**

The amount owed may change between the date of this letter and the date that the loan is paid off. The next payment on this loan is due **10/01/11**. The scheduled payment is **$3523.52**, which includes a Principal and Interest Payment of **$2768.11** and an Escrow Payment of **$755.41. You must contact our office at 1-800-327-7861 within**

Licensed as Servis One, Inc. dba BSI Financial Services.

BSI Financial Services NMLS # 38078. Customer Care Hours: Mon. – Fri. 9:00 am to 6:00 pm (ET).

If you have filed a bankruptcy petition and there is an "automatic stay" in effect in your bankruptcy case or you have received a discharge of your personal liability for the obligation identified in this letter, we may not and do not intend to pursue collection of that obligation from you personally. If either of these circumstances apply, this notice is not and should not be construed to be a demand for payment from you personally. Unless the Bankruptcy Court has ordered otherwise, please also note that despite any such bankruptcy filing, whatever rights we hold in the property that secures the obligation remain unimpaired.



7500 Old Georgetown Road
Suite 1350
Bethesda, MD 20814
Toll Free 866-581-4498
Fax 877-783-8516
www.bsifinancial.com

**48 hours of when you intend to remit the payoff funds to confirm the payoff amount.** Additionally, payoff figures will be adjusted if any check or money order previously received is rejected by the institution upon which it is drawn.

Please submit your payoff via certified funds or wire transfers to **BSI FINANCIAL SERVICES. CERTIFIED FUNDS OR WIRE TRANSFERS MUST BE RECEIVED BY OUR OFFICE BY 3:30 P.M. (ET) ON A NORMAL BUSINESS DAY (MONDAY THROUGH FRIDAY) TO BE CREDITED THAT DAY.** Funds received after 3:30 P.M. (ET) on **05/31/15** will require additional interest of **$75.7405** per day. Mail Certified Funds to:

> **BSI FINANCIAL SERVICES**
> 314 S. FRANKLIN STREET/P.O. BOX 517
> TITUSVILLE, PA 16354
> **ATTN: CASHIERING**

Wire instructions are as follows:

> Bank: Texas Capital Bank
> Beneficiary: BSI Payment in Process Clearing Account
> 2000 McKinney Ave, Suite 700
> Dallas, TX 75201
> ABA: **111017979**
> Account Number: **2111020455**
> Final Credit To: **Payments/Cashiering**
> Reference Information: Loan Number, Borrower Name and Property address

Failure to include the above information on the wire advice may cause a delay in posting the funds. BSI will not be responsible for any additional interest or fees that may be assessed as a result of incomplete or incorrect wire information. Wire transactions that are received and cannot be identified will be returned to the ABA and account number from which they were received. If you have any questions regarding the wire instructions listed here, **contact our office at 1-800-327-7861**.

- ISSUANCE OF THIS STATEMENT DOES NOT SUSPEND YOUR CONTRACTUAL REQUIREMENT TO MAKE THE MORTGAGE PAYMENTS WHEN THEY ARE DUE. A LATE CHARGE OF **$138.40** WILL BE ADDED TO THE PAYOFF TOTAL IF RECEIVED AFTER THE EXPIRATION OF YOUR GRACE PERIOD.

- THIS LOAN MUST BE KEPT CURRENT WHILE THIS STATEMENT IS PENDING, OR LATE CHARGES WILL BE ASSESSED.

- IF YOUR LOAN IS IN DEFAULT, FORECLOSURE ACTIVITY, INCLUDING ANY SALE OF THE PROPERTY, WILL CONTINUE UNTIL THE LOAN IS FULLY REINSTATED OR PAID IN FULL.

- AFTER THE FUNDS HAVE BEEN APPLIED AND THE LOAN SHOWS PAID IN FULL, A LIEN RELEASE OR FULL RECONVEYANCE WILL BE PREPARED AND SENT TO THE COUNTY RECORDER.

- IF YOU HAVE FILED A BANKRUPTCY PETITION AND THERE IS EITHER AN "AUTOMATIC STAY" IN EFFECT IN YOUR BANKRUPTCY CASE OR YOU HAVE RECEIVED IN THAT CASE A DISCHARGE OF YOUR PERSONAL LIABILITY FOR THE OBLIGATION IDENTIFIED IN THIS LETTER, WE MAY NOT AND DO NOT INTEND TO PURSUE COLLECTION OF THAT OBLIGATION FROM YOU PERSONALLY. IF THESE CIRCUMSTANCES APPLY,

**Licensed as Servis One,** Inc. dba BSI Financial Services.

BSI Financial Services NMLS # 38078. Customer Care Hours: Mon. – Fri. 9:00 am to 6:00 pm (ET).

If you have filed a bankruptcy petition and there is an "automatic stay" in effect in your bankruptcy case or you have received a discharge of your personal liability for the obligation identified in this letter, we may not and do not intend to pursue collection of that obligation from you personally. If either of these circumstances apply, this notice is not and should not be construed to be a demand for payment from you personally. Unless the Bankruptcy Court has ordered otherwise, please also note that despite any such bankruptcy filing, whatever rights we hold in the property that secures the obligation remain unimpaired.



7500 Old Georgetown Road
Suite 1350
Bethesda, MD 20814
Toll Free 866-581-4498
Fax 877-783-8516
www.bsifinancial.com

THIS NOTICE IS NOT AND SHOULD NOT BE CONSTRUED TO BE A DEMAND FOR PAYMENT FROM YOU PERSONALLY.  UNLESS THE BANKRUPTCY COURT HAS ORDERED OTHERWISE, HOWEVER, PLEASE ALSO NOTE THAT DESPITE ANY SUCH BANKRUPTCY FILING, WHATEVER RIGHTS WE HOLD IN THE PROPERTY THAT SECURES THE OBLIGATION REMAIN UNIMPAIRED.

T04-05

Licensed as Servis One, Inc. dba BSI Financial Services.

BSI Financial Services NMLS # 38078. Customer Care Hours: Mon. – Fri. 9:00 am to 6:00 pm (ET).

If you have filed a bankruptcy petition and there is an "automatic stay" in effect in your bankruptcy case or you have received a discharge of your personal liability for the obligation identified in this letter, we may not and do not intend to pursue collection of that obligation from you personally. If either of these circumstances apply, this notice is not and should not be construed to be a demand for payment from you personally. Unless the Bankruptcy Court has ordered otherwise, please also note that despite any such bankruptcy filing, whatever rights we hold in the property that secures the obligation remain unimpaired.

# Exhibit 5

**BSI Financial Services**

7500 Old Georgetown Road
Suite 1350
Bethesda, MD 20814
Toll Free 866-581-4498
Fax 877-783-8516
www.bsifinancial.com

May 21, 2015                    [Sent Via First Class Mail/Fedex/Fax/Etc]

KAREN ANDERSON                    **FIRST NOTICE**
770 RIVER ROAD UNIT 461
EDGEWATER          NJ 07020

Re: Property Address - 540 UNDERCLIFF AVE
EDGEWATER          NJ 07020
Loan #: 0522457536

Dear KAREN ANDERSON:

This letter is to inform you that we will no longer be collecting a monthly escrow payment for insurance premiums. If your account is escrowed for real property taxes or mortgage insurance premiums, however, the escrow portion of your monthly payment will continue and we will continue to disburse to pay these items on your behalf. We will send you a copy of a new escrow analysis statement advising of your new monthly escrow payment that will be effective with your August 2015 payment.

If you have not delivered to us evidence of acceptable hazard insurance policy being in force and your property has been covered by a lender-placed insurance policy then, as you have been previously advised by our insurance vendor, effective May 5, 2015, that insurance is no longer in effect and from and after that date your property will not be covered by any hazard insurance. We again urge you to contact your insurance agent or carrier and obtain a homeowner's policy to protect your real property and contents from loss, in an amount acceptable to you.

Licensed as Servis One, Inc. dba BSI Financial Services.
BSI Financial Services NMLS # 38078. Customer Care Hours: Mon. – Fri. 9:00 am to 6:00 pm (ET).
If you have filed a bankruptcy petition and there is an "automatic stay" in effect in your bankruptcy case or you have received a discharge of your personal liability for the obligation identified in this letter, we may not and do not intend to pursue collection of that obligation from you personally. If either of these circumstances apply, this notice is not and should not be construed to be a demand for payment from you personally. Unless the Bankruptcy Court has ordered otherwise, please also note that despite any such bankruptcy filing, whatever rights we hold in the property that secures the obligation remain unimpaired.

Effective May 5, 2015, your account may be covered under a blanket policy by the holder of your note and mortgage. Or, the entity that owns your mortgage loan may elect to self-insure. In either case, your equity in the property will not be covered nor will contents or liability in the event of any loss.  We again urge you to contact your insurance agent or carrier to place coverage in an amount acceptable to you, to cover losses that you elect to have covered.

As a consequence of dropping insurance premiums as an escrowed item from your escrow account, we will not be monitoring the payment of hazard and flood insurance premiums.  If you would like your equity in your property (and contents and liability, as appropriate) to be covered against these risks, you must obtain coverage on your own.

If you have any questions, please feel free to contact our Customer Care Department at 800-327-7861. Thank you.

Sincerely,


BSI Financial Services


BSI Financial Services
NMLS # 38078; # 289267

This is an attempt to collect a debt.  Any information obtained will be used for that purpose.

Licensed as Servis One, Inc. dba BSI Financial Services.
BSI Financial Services NMLS # 38078. Customer Care Hours: Mon. – Fri. 9:00 am to 6:00 pm (ET).
If you have filed a bankruptcy petition and there is an "automatic stay" in effect in your bankruptcy case or you have received a discharge of your personal liability for the obligation identified in this letter, we may not and do not intend to pursue collection of that obligation from you personally. If either of these circumstances apply, this notice is not and should not be construed to be a demand for payment from you personally. Unless the Bankruptcy Court has ordered otherwise, please also note that despite any such bankruptcy filing, whatever rights we hold in the property that secures the obligation remain unimpaired.

# Exhibit 6




**seneca**
MORTGAGESERVICING
611 Jamison Road
Elma, NY 14059

June 08, 2015

22

KAREN ANDERSON
770 RIVER ROAD UNIT 461
EDGEWATER, NJ 07020

| | | | |
|---|---|---|---|
| Old Account Number: | 522457536 | New Account Number: | 0005219037 |
| | | Current Principal Balance: | $433,651.29 |
| Property Address: | 540 UNDERCLIFF AVE | Current Escrow Balance: | -$33,987.98 |
| | EDGEWATER, NJ 07020 | Next Due Date: | 10/01/11 |
| | | Total Payment: | $3,523.52 |

Dear Borrower(s):

We would like to take this opportunity to welcome you to Seneca Mortgage Servicing LLC. You are hereby notified that the servicing of your mortgage loan, that is, the right to collect payments from you, is being assigned, sold or transferred from BSI Financial Services to Seneca Mortgage Servicing LLC effective June 01, 2015.

The assignment, sale, or transfer of the servicing of your mortgage to Seneca Mortgage Servicing LLC does not affect any term or condition of the mortgage instruments, other than terms directly related to the servicing of your loan.

Except in limited circumstances, the law requires that your present servicer send you this notice at least 15 days before the effective date of transfer, or at closing. Your new servicer must also send you this notice no later than 15 days after this effective date or at closing.

Your new servicer will be Seneca Mortgage Servicing LLC.

***The following provides some key information about your mortgage loan.***

The date that your present servicer will stop accepting payments from you is May 31, 2015. The date that your new servicer will start accepting payments from you is June 01, 2015. Send all payments due on or after that date to your new servicer.

You will receive a monthly billing statement with a detachable coupon to be returned with your payment. Your statement will indicate any transactions that have occurred on your mortgage account from the previous month. Your mortgage account is due on the date specified in your mortgage documents. A late charge will be assessed if your payment is not received within the grace period.

Enclosed is an **Authorization for Automatic Payment** form if you are interested in monthly drafting of your mortgage payment. Monthly drafting will NOT begin until you receive formal notice from Seneca Mortgage Servicing LLC of the first draft date.

Each January, we will provide a tax statement showing the amount of interest you paid during the previous year. For tax year 2015 Seneca Mortgage Servicing LLC will provide you with a tax statement that contains interest paid beginning June 01, 2015 until December 31, 2015. Your previous loan servicer(s) will provide a tax statement for January 1, 2015 until May 31, 2015.



| FACTS | What does **Seneca Mortgage Servicing LLC**, on behalf of the owner of your loan, do with your personal information? |
|---|---|

| Why? | Financial companies choose how they share your personal information. Federal law gives the consumers the right to limit some but not all sharing. Federal law also requires us to tell you how to collect, share, and protect your personal information. Please read this notice carefully to understand what we do. |
|---|---|

| What? | The types of personal information we collect and share depend on the product or service you have with us. This information can include:<br><br>• Social Security numbers and income<br>• Account balances and payment history<br>• Credit history and credit scores<br><br>When you are *no longer* our customer, we continue to share your information as described in this notice. |
|---|---|

| How? | All financial companies need to share customers' personal information to run their everyday business.  In the section below, we list the reasons financial companies can share their customers' personal information, the reasons **Seneca Mortgage Servicing LLC** on behalf of the owner of your loan, chooses to share, and whether you can limit this sharing. |
|---|---|

| Reasons we can share your personal information | Does Seneca Mortgage Servicing LLC share? | Can you limit this sharing? |
|---|---|---|
| For our everyday business purposes – such as to process your transactions, maintain your account(s), respond to court orders and legal investigations, or report to credit bureaus. | Yes | No |
| For our marketing purposes – to offer our products and services to you. | Yes | No |
| For joint marketing with other financial companies. | Yes | No |
| For our affiliates' everyday business purposes – information about your transactions and experiences. | N/A | N/A |
| For your affiliates' everyday business purposes – information about your creditworthiness. | N/A | N/A |
| For nonaffiliates to market to you. | N/A | N/A |

| Questions? | Call (866) 919-5608 or go to http://www.senecaservicing.com |
|---|---|



**CONSUMER RIGHTS**

You should be aware of the following information, which is set out in more detail in section 6 of the Real Estate Settlement Procedures Act (RESPA) (12 U.S.C. Section 2605):  During the 60 day period following the effective date of the transfer of the loan servicing, a loan payment received by BSI Financial Services before it's date may not be treated by your new servicer – Seneca Mortgage Servicing LLC as late, and a late fee may not be imposed on you.

Section 6 of RESPA (12 U.S.C. Section 2605) gives you certain consumer rights.  If you send a "Qualified Written Request" to your loan servicer concerning the servicing of your loan, your servicer must provide you with a written acknowledgment within 5 days (excluding legal public holidays, Saturdays and Sundays) of receipt of your request unless the action requested is taken within such period.  A "Qualified Written Request" is a written correspondence, other than notice on a payment coupon or other payment medium supplied by the servicer, which includes your name and account number and your reason for your request.

If you want to send a "Qualified Written Request" regarding the servicing of your loan, it must be sent to this address:

Seneca Mortgage Servicing LLC
611 Jamison Road
Elma, NY  14059

Colorado in-state office address:  Colorado Manager, Inc. 80 Garden Center, Suite 3, Broomfield, CO 80020.

North Carolina residents:  Seneca Mortgage Servicing LLC is licensed by the North Carolina Commissioner of Banks (NCCOB).  North Carolina residents may file a complaint with the NCCOB.  You may contact the NCCOB by: Mailing Address: 4309 Mail Service Center, Raleigh, NC  27699-4309; Phone: 888-384-3811; Website: www.nccob.gov.

No later than 30 days (excluding legal public holidays, Saturdays and Sundays) after receiving your request, your servicer must make any appropriate corrections to your account and must provide you with a written clarification regarding any dispute.  During this 30 day period, your servicer may not provide information to a consumer reporting agency concerning any overdue payment related to such period or qualified written request.  This 30 day period may be extended by up to 15 days if before the end of such 30 day period, the servicer notifies you of the extension and the reasons for the delay in responding. However, this does not prevent the servicer from initiating foreclosure if proper ground exists under the mortgage documents.

Section 6 of RESPA also provides for damages and costs for individuals or classes of individuals in circumstances where servicers are shown to have violated the requirements of that section.  You should seek legal advice if you believe your rights have been violated.

# Seneca Mortgage Servicing LLC

Mortgagor Name:   KAREN ANDERSON
Loan Number:      0005219037
Date:             June 08, 2015

## AUTHORIZATION FOR AUTOMATIC PAYMENT
### Recurring, monthly drafts

I/We authorize Seneca Mortgage Servicing LLC to deduct the monthly payment as described below for my/our Mortgage Loan Number 0005219037 from the account specified below. If the required payment changes due to periodic interest rate and payment adjustments as specified in the Truth-in-Lending Act disclosures and note for your loan (ARM loan payment adjustments for example), this authorization will be automatically amended to authorize the debit of an amount equal to the new required payment plus any additional principal I/we listed below.

I/We would like the payment debited from the account on (CHECK ONE):

(Day of the month)      _____ 1ˢᵗ      _____ 8ᵗʰ      _____ 10ᵗʰ

PLEASE NOTE:  you have the choices above if your monthly due date is the FIRST day of the month.  If your due date is not the first, please call our Customer Service Department for your options: (866) 919-5608.  *Please continue making payments by check until you are notified this authorization has been processed.  Your loan must be current in order for automatic deductions to begin.

Account Type:   (CHECK ONE)   _____ Checking      _____ Savings

Name on the Account:   _____

Bank Name: _____   Bank Phone Number: _____

Routing Number: _____

Account Number: _____

Please deduct an ADDITIONAL $_____ each month to be applied as a principal reduction (OPTIONAL).

_____   _____   _____   _____
Signature(s) Mortgagor        Date        Co-Mortgagor                  Date

Your phone Number:   _____   Your E-Mail address:   _____

We understand that this arrangement may be terminated by Seneca Mortgage Servicing LLC or the above signed Mortgagor(s) at any time by written notice.

**\*\* PLEASE BE SURE TO ATTACH A VOIDED CHECK (for checking withdrawal) OR DEPOSIT SLIP (for savings withdrawal) \*\*** The voided check or deposit slip must be preprinted with your name, account number & banks ABA routing number.  The ABA routing number is on the bottom left corner of your check or deposit slip.  ABA routing numbers starting with 5, 6, 7, 8 or 9 are not valid.

SEND TO:   Seneca Mortgage Servicing LLC      OR      drafts@senecaservicing.com
           ATTN: Cashiering
           PO Box 454
           Depew, NY 14043

Seneca Mortgage Servicing LLC is attempting to collect a debt and any information obtained will be used for that purpose.  We may report information about your account to credit bureaus.  Late payments, missed payments, or other defaults on your account may be reflected in your credit report.  If you have received a discharge from the bankruptcy court, you are not personally liable for payment of the loan and this notice is for compliance and informational purposes only.  However, Seneca Mortgage Servicing LLC still has the right under the mortgage to foreclose on the property.

# Exhibit 7

Mortgage Servicing LLC                    June 12, 2015
son Road
    14059


Karen Anderson
770 River Rd Unit 461
Edgewater, NJ 07020



Loan Number: 0005219037

Dear Mortgagor(s):

Seneca Mortgage Servicing LLC has acquired the servicing of your
mortgage loan.

We are writing you today to provide you with information and your
rights under certain Federal and State laws including, but not
limited to, the Fair Debt Collection Practices Act, 15 U.S.C.  1692
et seq. Debt collectors are prohibited from engaging in abusive,
deceptive, and unfair debt collection efforts, including but not
limited to:

        - the use or threat of violence;
        - the use of obscene or profane language; and
        - repeated phone calls made with the intent to annoy,
          abuse, or harass

If a creditor or debt collector receives a money judgment against
you in court, state and federal laws may prevent the following types
of income from being taken to pay the debt:

        Supplemental security income, (SSI); Social Security,
        Public assistance (welfare),spousal support, maintenance
        (alimony) or child support, unemployment benefits,
        disability benefits, workers compensation benefits, public
        or private pensions, Veterans benefits, Federal student
        loans, Federal student grants, Federal work study funds,
        and 90% of your wages or salary earned in the last 60 days.

As of the date of this letter, our records indicate that you owe
$576,350.00 to GOSHEN MORTGAGE LLC, the current owner of your loan.
The debt consists of the following:

        New Account Number: 0005219037
        Current Principal Balance: $ 433,651.29
        Accrued Interest: $104,446.38
        Late Charges and Other Fees: $0.00
        Escrow Advance: $33,987.98
        Suspense Balance:-$ 10.00
        Recoverable Corporate Advance: $4,274.35
        Total Amount Due: $576,350.00
        Next Due Date: 10-01-11

Please make note of the following:

1. Accrued interest, fees and escrow advances, payments received and other charges may have been assessed or credited to your mortgage loan during the period prior to the transfer to Seneca Mortgage Servicing LLC.
2. THIS IS NOT A PAYOFF STATEMENT. You may order a payoff statement or make inquiries about your mortgage loan by contacting Seneca Mortgage Servicing LLC at 866-919-5608. Detailed information is also available via online at www.senecaservicing.com.
3. Within thirty (30) days of your receipt of this notice, you may
      a. request, in writing, that Seneca Mortgage Servicing LLC provide you with the name and address of the original creditor, and
      b. dispute the validity of this debt.

Upon receipt of your written request, we will obtain verification of the debt.  A copy of the verification and the name of the original creditor will be mailed as you direct.

4. If an attorney represents you, please forward this notice to the attorney and submit any applicable information about your attorney to Seneca Mortgage Servicing LLC at the address below.

Should you wish to dispute the validity of this debt or write to us for any reason, please use the following address:

          Seneca Mortgage Servicing, LLC
          611 Jamison Road
          Elma, NY  14059

We will assume the debt to be valid if we do not otherwise receive a dispute from you.

Seneca Mortgage Servicing LLC looks forward to the opportunity to service your loan and is committed to providing you with service excellence in the future.

Sincerely,

Seneca Mortgage Servicing LLC
CS020-024-R1C

Seneca Mortgage Servicing LLC is attempting to collect a debt and any information obtained will be used for that purpose. We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. If you have received a discharge from the bankruptcy court, you are not personally liable for payment of the loan and this notice is for compliance and informational purposes only. However, Seneca Mortgage Servicing LLC still has the right under the security instrument to foreclose on the property.

Colorado residents:  A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt.  FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, please visit the states website at www.coloradoattorneygeneral.gov/ca. You also have the option of contacting us at our in-state office:  Colorado Manager, Inc., 80 Garden Center-Suite 3, Broomfield, CO 80020/Phone: 303-920-4763

# Exhibit 8

Date: _11/01/11_

Dear Borrower:

**URGENT NOTICE:**

Please contact your mortgage servicer immediately at:

( 866 ) 918 - 8695

Thank you

# Exhibit 9

Dear Borrower:

**URGENT NOTICE:**

Please contact your mortgage servicer immediately at:

( 866 ) 918 - 5695

Date: 12/15/15

Thank you

# Exhibit 10

Dear Borrower:

Date: 1 / 6 / 6

**URGENT NOTICE:**

Please contact your mortgage servicer immediately at:

( 866 ) 919 - 5608

Seneca

Thank you

# Exhibit 11



21 Roszel Road
P.O. Box 5226
Princeton, NJ 08543-5226
609.924.0808 *main* | 609.452.1888 *fax*

www.hillwallack.com

February 1, 2016

**Via Certified Mail, Return Receipt**
**Requested and Regular Mail**

Karen Anderson
540 Undercliff Ave.
Edgewater, NJ 07020

Karen Anderson
c/o R. Jared Stepp, Esquire
DENBEAUX & DENBEAUX
366 Kinderkamack Road
Westwood, New Jersey  07675

      Re:    <u>**Goshen Mortgage LLC v. Karen Anderson,** *et al.*</u>
              <u>**Docket No. F-43267-14**</u>
              <u>**Mortgaged Property Address: 540 Undercliff Ave., Edgewater, NJ 07020**</u>
              <u>**Last 4 digits of Loan Number: 9037**</u>

Dear Ms. Anderson:

This office represents Goshen Mortgage LLC (the "Plaintiff") in the above-entitled action. This letter is being sent to you pursuant to the Fair Foreclosure Act (the "Act").

This is to advise you that absent a response from you in accordance with paragraph 2 of Subsection 6a of the Act, this office, on behalf of Plaintiff, may submit proper proofs for entry of Final Judgment, in the above-captioned foreclosure action, on or after **February 15, 2016** and that upon entry of Final Judgment, you will lose your right provided pursuant to Section 5 of the Act to cure the default.

Paragraph 2 of Subsection 6a of the Act provides that you may, no later than 10 days after receipt of the within notice for entry of Final Judgment, mail to Goshen Mortgage LLC, c/o Seneca Mortgage Servicing, Loss Mitigation Department, 611 Jamison Road, Elma, NY 14059, a statement in which you, in good faith, certify as true, that there is a reasonable likelihood that you will be able to provide payment necessary to cure the default within 45 days of the date this notice became effective.  The date this notice became effective was on **February 1, 2016**, the date it was mailed to you.

The name and address of the lender and the telephone number of a representative of the lender whom you may contact to obtain the amount required to cure the default is set forth below:

**Name and Address of Lender**: Goshen Mortgage LLC, 611 Jamison Road, Elma, NY 14059

**Telephone number of lender's representative**: 866-919-5608

The statement discussed above and as set forth in paragraph 2 of Subsection 6a of the Act, should be sent by registered or certified mail, return receipt requested, to the address stated above, and provide our office with a copy. If Goshen Mortgage LLC, c/o Seneca Mortgage Servicing, receives such a statement from you, Plaintiff cannot submit proper proofs for entry of Final Judgment in foreclosure earlier than **March 17, 2016**.

Please be guided accordingly.

Very truly yours,
HILL WALLACK LLP

Eric P. Kelner

EPK/lal

# Exhibit 12

366 KINDERKAMACK ROAD
WESTWOOD, NEW JERSEY 07675
201.664.8855
FAX: 201.666.8589
www.denbeauxlaw.com



Marcia W. Denbeaux
Joshua W. Denbeaux
Adam Deutsch*
Nicholas A. Stratton*
Richard Jared Stepp
Nima Ashtyani**
Of Counsel
Abigail D. Kahl
Mark P. Denbeaux*
*Admitted in NJ and NY
**Admitted in NJ, NY, and CA

January 26, 2016

***Sent via USPS First Class & Certified Mail***
Seneca Mortgage Servicing, LLC
ATTN: Customer Service
611 Jamison Road
Elma, NY 14059

Re:      Client Name              Anderson, Karen
         Property address:        540 Undercliff Avenue, Edgewater, NJ 07020
         Loan #:                  0522457536

Dear Sir/Madam:

This office represents the Defendant in regards to the above-referenced property.

Seneca Mortgage Servicing, LLC continues to contact my client multiple times a day. Additionally, notices have been posted on my client's door urging my client to contact Seneca immediately. All communications between these two parties must be through our respective offices from this point on. This is your notice to cease and desist from contacting my client in any way.

Should you have any questions, please contact our office at (201) 664-8855.

Thank you.

Very truly yours,

DENBEAUX & DENBEAUX

R. Jared Stepp
Attorney ID#136432014

RJS:ve

cc:   Karen Anderson

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Seneca Mortgage Servicing, LLC
ATTN: Customer Service
611 Jamison Road
Elma, NY 14059

9590 9403 0568 5183 8127 05

2. Article Number (Transfer from service label)

7015 0920 0000 0260 2623

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053    Domestic Return Receipt

---

**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Postage   $

Certified Fee

Return Receipt Fee
(Endorsement Required)

Restricted Delivery Fee
(Endorsement Required)

Total Postage & Fees   $

Postmark
Here

Sent To   Seneca Mortgage Servicing, LLC
Street & Apt. No.,   ATTN: Customer Service
or PO Box No.   611 Jamison Road
City, State, ZIP+4   Elma, NY 14059

PS Form 3800, July 2014   See Reverse for Instructions

7015 0920 0000 0260 2623

7015 0920 0000 0260 2623

CERTIFIED MAIL

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

Anderson Karen

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Seneca Mortgage Servicing, LLC
ATTN: Customer Service
611 Jamison Road
Elma, NY 14059

9590 9403 0568 5183 8127 05

2. Article Number (Transfer from service label)

7015 0920 0000 1620 2621

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

FEB 0 8 2016

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ... Mail
☐ ... Mail Restricted Delivery
(...0)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053    Domestic Return Receipt

# Exhibit 13



**Spurs Capital**
235 W. 35th Street, Suite 1102
New York, NY 10001

Date: 4/7/16

Owner/Tenant

To Whom It May Concern,

I, Erick Gonzalez, president of Spurs Capital and asset manager of your property give permission to New Vistas Corporation and its associates to speak on my behalf in reference the property and to handle anything needed moving forward as far as securing, property maintenance.

Should you have any questions, please contact me at 203-807-8528.

Thank you

Erick Gonzalez,  President
Spurs Capital
235 W. 35th Street Suite 1102
New York, NY 10001
203-807-8528 Cell
347-506-0399 Office
347-506-0293 Fax

CC:  Michael Cohan, President
     New Vistas Corporation



Development    Construction
Management     Brokerage
www.newvistascorp.com

rlippman@newvistascorp.com

**Robert A. Lippman**
Asset Manager

300 Kimball Street                              732.602.0017
STE 206                                    Fax 732.602.0312
Woodbridge, New Jersey 07095    Corporate Office 609.485.2005

# Exhibit 14



Manager of

GDBT I Trust 2011-1
Goshen Mortgage LLC
Goshen Mortgage REO LLC

1-303-923-6411
For more information email info@goshen-mortgage.com

Borrowers looking for information on their loans, please click on the logo of your servicer to go to their website





# Exhibit 15

## ASSIGNMENT OF MORTGAGE

Regarding this instrument, contact Seneca Mortgage Servicing, LLC, 3374 Walden Avenue, Suite 120, Depew, NY, 14043, which is responsible for receiving payments.

FOR GOOD AND VALUABLE CONSIDERATION, the sufficiency of which is hereby acknowledged, the undersigned, **VENTURES TRUST 2013-I-H-R BY MCM CAPITAL PARTNERS, LLC, ITS TRUSTEE, WHOSE ADDRESS IS** 7500 Old Georgetown Rd., Suite 1300, Bethesda, MD, 20814, (ASSIGNOR), by these presents does convey, grant, assign, transfer and set over the described Mortgage with all interest secured thereby, all liens, and any rights due or to become due thereon to **OHA NEWBURY VENTURES, L.P., WHOSE ADDRESS IS** 7500 Old Georgetown Rd., Suite 1300, Bethesda, MD 20814, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE).

Said Mortgage dated 09/11/2009, made by **KAREN ANDERSON** to **BANK OF AMERICA, N.A.**, in the amount of $443,700.00 and recorded in Mortgage **Book V00251, Page 1956 and/or Instrument # 09-094949** in the office of the Register of Titles/County Recorder on 09/24/2009 in and for **BERGEN, New Jersey.**

Property is commonly known as: 540 UNDERCLIFF AVE EDGEWATER BORO, EDGEWATER, NJ 07020.

Dated on _06 / 08 / 2015_ (MM/DD/YYYY)
**VENTURES TRUST 2013-I-H-R BY MCM CAPITAL PARTNERS, LLC, ITS TRUSTEE**

By: _____
    Michael Niccolini
    Managing Member


STATE OF MARYLAND    COUNTY OF MONTGOMERY

I certify that on on _06 / 08 / 2015_ (MM/DD/YYYY), Michael Niccolini personally came before me and stated to my satisfaction that this person was the maker of the instrument; and was authorized to and did execute this instrument as Managing Member of VENTURES TRUST 2013-I-H-R BY MCM CAPITAL PARTNERS, LLC, ITS TRUSTEE and executed this instrument as the act and deed of the entity.

Jamie L. Mertz
Notary Public - State of MARYLAND
Commission expires: 06/12/2018

*JAMIE L. MERTZ — COMMISSION EXPIRES — JUNE 12 2018 — MONTGOMERY COUNTY — NOTARY PUBLIC*

**Document Prepared By:** MCM Capital Partners 7500 Old Georgetown Rd. Suite 1300 Bethesda, MD 20814 (240) 744-3113
When Recorded Return To: MCM Capital Partners, C/O Nationwide Title Clearing, Inc. 2100 Alt. 19 North, Palm Harbor, FL 34683
MCMAS 26446194 *C* -- SPURS-201505    T2915054708  [PREP-1] FRMNJB1

*D0010620162*