366 KINDERKAMACK ROAD
WESTWOOD, NEW JERSEY 07675
201.664.8855
FAX: 201.666.8589
www.denbeauxlaw.com



May 12, 2017

Joshua W. Denbeaux
Abigail D. Kahl
Louis J. Johnson Jr.

**<u>Via ECF & Facsimile: 609-989-2193</u>**
Hon. Lois Goodman, USMJ
Clarkson S. Fisher Federal Building and Courthouse
Room 7050
400 E. State Street
Trenton, NJ 08680

Of Counsel
Mark P. Denbeaux*
*Admitted in NJ and NY

Re:   <u>Karen Anderson v. Hill Wallack LLP et al.</u>
      <u>Docket No.: 3:16-cv-02437-BRM-LHG</u>

Dear Judge Goodman,

As Your Honor is aware, this firm represents the Defendant with regard to the above captioned matter.

This letter is to advise Your Honor that the parties have reached a settlement in principal in this case and anticipate that the settlement will be finalized within the next two weeks.

The parties would like to thank Your Honor for all of the Court's assistance in this matter.

Respectfully submitted,

DENBEAUX & DENBEAUX

<u>/S/ Joshua W. Denbeaux</u>

Joshua W. Denbeaux

JWD:ve

cc:   Eric Kelner (via electronic mail)
      Laura Conroy (via electronic mail)